UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

PERCY L. DOWNER, )
)
    Petitioner, )
)
v. ) No. 4:18-CV-623 RWS
)
JEFF NORMAN, )
)
    Respondent. )

## **MEMORANDUM AND ORDER**

Petitioner has neither paid the filing fee nor filed a motion for leave to proceed in forma pauperis in this habeas corpus action brought pursuant to 28 U.S.C. § 2254.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail petitioner a copy of the Court's motion to proceed in forma pauperis – habeas cases.

**IT IS FURTHER ORDERED** that petitioner must either pay the $5 filing fee or submit a motion for leave to proceed in forma pauperis within twenty-one (21) days of the date of this Order.

Dated this 23rd day of April, 2018.

                                              RODNEY W. SIPPEL
                                              UNITED STATES DISTRICT JUDGE