# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| PERCY L. DOWNER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 4:18-CV-623 RWS |
| ) | |
| JEFF NORMAN, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM AND ORDER

Petitioner moves for leave to proceed in forma pauperis in this action brought pursuant to 28 U.S.C. § 2254. Upon review of the financial information provided, the Court has determined that petitioner is unable to pay the filing fee. *See* 28 U.S.C. § 1915. The motion will be granted.

Accordingly,

**IT IS HEREBY ORDERED p**etitioner's motion for leave to proceed in forma pauperis [Doc. #3] is **GRANTED**.

Dated this 7th day of May, 2018.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE